

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00286-CV

Alberto **TREVINO**, III and Eloisa Trevino-Yglecias,
Appellants

v.

Ethelina Gloria Lopez **TREVINO**, Individually, and on Behalf of the Estate of Alberto Trevino, Jr.,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 8,257
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and judgment is RENDERED dissolving the temporary injunction.

The motion for temporary orders filed by appellee Ethelina Gloria Lopez Trevino, individually, and on behalf of the Estate of Alberto Trevino, Jr. on July 15, 2013 is DENIED AS MOOT.

Costs of the appeal are taxed against appellee Ethelina Gloria Lopez Trevino, individually, and on behalf of the Estate of Alberto Trevino, Jr.

SIGNED August 21, 2013.

_____
Rebeca C. Martinez, Justice